

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
Mar 17, 2014
MAR 17 2014
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kenneth Jones
B-62008
100 Hillcrest Road
East moline Ill
61244

(Enter above the full name of the plaintiff or plaintiffs in this action)

14CV1929
JUDGE DURKIN
MAGISTRATE JUDGE KEYS

vs.

Cook county Department of corrections Sheriff (Tom Dart)

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Kenneth Jones

    B. List all aliases: Antonio Jones

    C. Prisoner identification number: 2012-06-20085

    D. Place of present confinement: East moline Correctional Center

    E. Address: 100 Hillcrest RD

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Tom Dart

       Title: Sheriff Cook County

       Place of Employment: Cook County

    B. Defendant: _____

       Title: _____

       Place of Employment: _____

    C. Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 06/19/12 I was in Div 5 of Cook County Jail processing unit. After processing I was classified to Div 3. This building was abondord and shown on the County Internet that its not open. My wife tried to visit me but was not able to visit due to this problem. My processing say Div 2 but I never was in Div(2) while living in Div(3) I caught rashes on my back and caught athletic foot. I was given Hand Soap for both problems and never tooken to medical

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Monetary compensation_

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _03_ day of _18_, 20_14_

[Notary seal: KAREN L. WILLIAMS OFFICIAL SEAL, Notary Public - State of Illinois, My Commission Expires March 15, 2016]

3-12-14

_Kenneth Jones_
(Signature of plaintiff or plaintiffs)

_Kenneth Jones_
(Print name)

_B62008_
(I.D. Number)

_100 Hillcrest Road_
_East Moline IL, 61244_
(Address)

IN THE

_____

_____

Kenneth Jones
Plaintiff B62008  )
　　　　　　　　　)
　　　　　　　　　)  Case No. _____
　　　vs.　　　　 )
　　　　　　　　　)
Tom Dart          )
Cook County DOC   )
Defendant         )

## PROOF/CERTIFICATE OF SERVICE

To: Clerk of the Court
    219 So Dearborn St
    Chicago IL, 60604

To: _____
    _____
    _____

PLEASE TAKE NOTICE that on __03/11__ 20_14_, I have placed the documents listed below in the institutional mail at Dixon Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _____

Pursuant to 28 USC 1746, 18USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: __3-18-14__

[signature]

**KAREN L. WILLIAMS**
**OFFICIAL SEAL**
Notary Public - State of Illinois
My Commission Expires
March 15, 2018

/s/ Kenneth Jones
Name: Kenneth Jones
IDOC # B62008

East moline C.C
100 Hill crest Road
East moline Il, 61244

Revised Jan. 2002